### No. 5548.

STATE EX REL. NEW ORLEANS SANITARY AND FERTILIZING COMPANY VS. THE BOARD OF HEALTH.

Act No. 102 of the session of 1870, commanding the Board of Health to perform certain work under the second section of said act, is repealed by the act No. 46 of the session of 1874.

APPEAL from the Superior District Court, parish of Orleans. *Hawkins*, J. *Lacey & Butler*, for relator and appellant. *Rice & Whitaker*, for respondent and appellee.

MORGAN, J. The relators ask for a mandamus against the Board of

Health, commanding them to perform certain work under the second section of the act No. 102 of the session of 1870.

But we think this act is repealed by the act No. 46 of the session of 1874.

Judgment affirmed.

Mr. Justice Wyly dissents, and will file his reasons hereafter.